**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant AGR Marketing Solutions, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>*Plaintiffs,*<br><br>v.<br><br>AGR MARKETING SOLUTIONS, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>*Defendants.* | Case No. 1:25-cv-12137<br><br>Civil Action<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for Defendant AGR Marketing Solutions, LLC ("AGR"), certifies as follows:

1.  AGR is a non-governmental limited liability company.

2. AGR is a Florida Limited Liability Company with its principal place of business in Florida.

3. AGR does not have any parent companies and no publicly held corporation owns 10% or more of such company's stock.

DATED: June 25, 2025				Respectfully submitted,

*/s/ Kelly M. Purcaro*
**GREENSPOON MARDER LLP**
Kelly M. Purcaro, Esq.
Kory Ann Ferro, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Tel.: (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant AGR Marketing Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I filed a true and correct copy of the foregoing with the court. The Parties may access this filing through the Court's system. In addition, a copy was served via email upon:

| | |
|---|---|
| PEM LAW LLP<br>Rajiv D. Parikh<br>Kathleen Barnett Einhorn<br>Jessica A. Merejo<br>1 Boland Drive, Suite 1010<br>West Orange, New Jersey 07052 | PORZIO, BROMBERG & NEWMAN, P.C.<br>Vito A. Gagliardi, Jr.<br>Alred R. Brunetti<br>Sarah A. Wisniewski<br>100 Southgate Parkway<br>Morristown, New Jersey 07962 |

| | |
|---|---|
| rparikh@pemlawfirm.com<br>keinhorn@pemlawfirm.com<br>jmerejo@pemlawfirm.com | vagagliardi@pbnlaw.com<br>arbrunetti@pbnlaw.com<br>sawisniewski@pbnlaw.com |

*/s/ Kelly M. Purcaro*
Kelly M. Purcaro