# GreenspoonMarder LLP

Kelly Purcaro, Partner
1037 Raymond Blvd., Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8734
Direct Fax: 732.957.2298
Email: kelly.purcaro@gmlaw.com

June 26, 2025

**VIA ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    **Atlas Data Privacy Corp., et al. v. AGR Marketing Solutions, LLC, et al.**
             **Case No. 1:25-cv-12137-HB**
             **Joinder of Stay**

Dear Judge Bartle:

      This firm represents Defendant AGR Marketing Solutions, LLC ("AGR") in the above-referenced matter, which was removed to Federal Court on June 25, 2025 after having only just been filed by Plaintiffs in state court on April 30, 2025. AGR respectfully requests to join the stay issued by Your Honor on June 17, 2024 pertaining to other recently removed *Atlas* cases. *See, e.g., Atlas Data Privacy Corporation, et al. v. REDX LLC, et al.*, Case No. 1:25-cv-06863-HB at Doc. No. 9.

      We have conferred with Plaintiffs' counsel who confirmed Plaintiffs do not object to our request to join this matter to the stay.

      We appreciate Your Honor's time and attention to this matter and await the Court's direction in this regard.

                            Respectfully submitted,

                              */s/ Kelly M. Purcaro*

                            KELLY PURCARO