```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY CORPORATION   :      CIVIL ACTION
                                 :
          v.                     :
                                 :
AGR MARKETING SOLUTIONS, LLC,    :      NO. 25-12137
et al.                           :
```

ORDER

AND NOW, this 2nd day of July 2025, by agreement of counsel, it is hereby ORDERED that this action is STAYED until further order of court.

BY THE COURT:

/s/  Harvey Bartle III
                    J.