UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   September 12, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   FRANCESCA DI BELLA

**TITLE OF CASE:**          **DOCKET NO.:** 25-12137 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
AGR MARKETING SOLUTIONS, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   11:14a.m.    Time Adjourned:   11:15a.m.    Total Time in Court: 0:01