```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
PUBLICNSA, LLC, et al.          :        NO. 25-5989
_____

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
REDX LLC, et al.                :        NO. 25-6863
_____

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
TRUE SOFTWARE SCANDINAVIA AB,   :        NO. 25-7650
et al.                          :
_____

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
BROOKS INTEGRATED MARKETING,    :        NO. 25-8617
LLC, et al.                     :
_____

ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
FREEDOMSOFT303, LLC, et al.     :        NO. 25-8617
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| STERLING DATA COMPANY LLC, et al. | : : | NO. 25-9963 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | |
| SIERRA CREATIVE SYSTEMS, INC., et al. | : : | NO. 25-11870 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | |
| CYBO COMPANY, et al. | : | NO. 25-11948 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | |
| AGR MARKETING SOLUTIONS, LLC, et al. | : : | NO. 25-12137 |

<u>ORDER</u>

AND NOW, this 12th day of September 2025, after a status conference, it is hereby ORDERED that:

(1) All previous orders of this court staying these actions are VACATED;

(2)  All pretrial motions under Rule 12 of the Federal Rules of Civil Procedure, together with supporting briefs, shall be filed on or before October 17, 2025;

(3)  Defendants may rely on and reference briefs of other Defendants previously filed in related Daniel's Law cases;

(4)  With respect to any motion under Rule 12(b)(6), plaintiffs shall file any responsive briefs on or before November 14, 2025 and likewise may rely on and reference previously filed briefs;

(5)  Defendants shall file any reply briefs on or before November 28, 2025;

(6)  With respect to any motion under Rule 12(b)(2), plaintiffs may serve interrogatories only on or before October 28, 2025;

(7)  Defendants shall serve answers to the interrogatories on or before November 28, 2025;

(8)  Plaintiffs may then take depositions limited to the issue of personal jurisdiction.  All such depositions shall be completed by December 22, 2025; and

(9) No further briefing on motions under Rule 12(b)(2) shall take place without further order of court.

BY THE COURT:

/s/  Harvey Bartle III
                     J.