```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
WE INFORM, LLC, et al.               :        NO. 24-4037
_____

ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
INFOMATICS, LLC, et al.              :        NO. 24-4041
_____

ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
THE PEOPLE SEARCHERS, LLC, et        :        NO. 24-4045
al.                                  :
_____

ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
DM GROUP, INC., et al.               :        NO. 24-4075
_____

ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
DELUXE CORP., et al.                 :        NO. 24-4080
_____
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| YARDI SYSTEMS, INC., et al. | : | NO. 24-4103 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIGITAL SAFETY PRODUCTS, LLC | : | NO. 24-4141 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CIVIL DATA RESEARCH, LLC, et al. | : | NO. 24-4143 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCALABLE COMMERCE, LLC, et al. | : | NO. 24-4160 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INNOVIS DATA SOLUTIONS, INC., et al. | : | NO. 24-4176 |

```
ATLAS DATA PRIVACY            :    CIVIL ACTION
CORPORATION, et al.           :
                              :
      v.                      :
                              :
ACCURATE APPEND, INC., et al. :    NO. 24-4178
```

```
ATLAS DATA PRIVACY            :    CIVIL ACTION
CORPORATION, et al.           :
                              :
      v.                      :
                              :
ZILLOW, INC., et al.          :    NO. 24-4256
```

```
ATLAS DATA PRIVACY            :    CIVIL ACTION
CORPORATION, et al.           :
                              :
      v.                      :
                              :
THOMSON REUTERS CORP., et al. :    NO. 24-4269
```

```
ATLAS DATA PRIVACY            :    CIVIL ACTION
CORPORATION, et al.           :
                              :
      v.                      :
                              :
RESTORATION OF AMERICA, et    :    NO. 24-4324
al.                           :
```

```
ATLAS DATA PRIVACY            :    CIVIL ACTION
CORPORATION, et al.           :
                              :
      v.                      :
                              :
i360, LLC, et al.             :    NO. 24-4345
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SYNAPTIX TECHNOLOGY, LLC, et al. | : | NO. 24-4385 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MERGES.COM, INC. | : | NO. 24-4434 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROCKETREACH LLC, et al. | : | NO. 24-4664 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROPERTYRADAR, INC., et al. | : | NO. 24-5600 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERILIST, INC., et al. | : | NO. 24-5775 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| REDX LLC, et al. | : | NO. 25-6863 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUE SOFTWARE SCANDINAVIA AB, et al. | : | NO. 25-7650 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SMARTY, LLC, et al. | : | NO. 24-8075 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMPACT INFORMATION SYSTEMS, LLC, et al. | : | NO. 24-8451 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FREEDOMSOFT303, LLC, et al. | : | NO. 25-9224 |

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
AGR MARKETING SOLUTIONS, LLC,   :       NO. 25-12137
et al.                          :
```

ORDER

AND NOW, this 4th day of November 2025, it is hereby ORDERED that:

(1) The letter request to stay the above cases is DENIED; and

(2) The Court will have on the agenda at a future status conference the issue of merits discovery (as of now, no merits discovery is required to proceed).

BY THE COURT:


/s/  Harvey Bartle III
                                                           J.