# UNITED STATES DISTRICT COURT
for the

<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-5989 |
| | ) | |
| <u>PublicNSA, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-6863 |
| | ) | |
| <u>REDX LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-7650 |
| | ) | |
| <u>True Software Scandinavia AB, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-11948 |
| | ) | |
| <u>Cybo Company, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-12137 |
| | ) | |
| <u>AGR Marketing Solutions, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date:                 11/7/2025                                      *Patrick J. Misale*
                                                          _____
                                                              *Attorney's signature*

                                                              PATRICK J. MISALE
                                                          N.J. Bar No. 401352022
                                                          _____
                                                          *Printed name and bar number*

                                                          New Jersey Division of Law
                                                          124 Halsey St., 5th Fl.
                                                          Newark, NJ 07101
                                                          _____
                                                                   *Address*

                                                          PATRICK.MISALE@LAW.NJOAG.GOV
                                                          _____
                                                              *E-mail address*

                                                              609-696-4369
                                                          _____
                                                          *Telephone number*

                                                              973-648-3879
                                                          _____
                                                              *FAX number*