**GreenspoonMarder**LLP

Kelly Purcaro, Partner<br>
One Gateway Center, Suite 2600<br>
Newark, New Jersey 07102<br>
Phone: 732.494.4800<br>
Fax: 954.333.4222<br>
Direct Phone: 732.456.8734<br>
Direct Fax: 732.957.2298<br>
Email: kelly.purcaro@gmlaw.com

November 26, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    **Atlas Data Privacy Corp., et al. v. AGR Marketing Solutions, LLC, et al.**
               **Case No. 1:25-cv-12137-HB**

Dear Judge Bartle:

      This firm represents Defendant AGR Marketing Solutions, LLC ("AGR") in the above-referenced matter. In accordance with the schedule set forth in the Court's September 12, 2025 Order (Dkt. No. 10), AGR hereby submits this letter brief in reply to Plaintiffs' opposition and in further support of AGR's Motions to Dismiss.

      AGR hereby joins, relies upon, and incorporates by reference the following previously filed reply briefs:

(1)    The Reply Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss Plaintiffs Complaint filed in support of the facial constitutional challenge, which was previously filed on September 13, 2024, under Dkt. No. 54 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB.

(2)    The Reply Brief in Further Support of Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6), which was previously filed on June 3, 2025, under Dkt. No. 72 in the action captioned as *Atlas Data Privacy Corp. v. DM Group Inc.,* Case No. 24-cv-04075-HB.

Honorable Harvey Bartle III, U.S.D.J.
November 26, 2025
Page No. 2

    For all of the reasons set forth in the moving papers as well as the aforementioned reply briefs, AGR respectfully requests that this Court dismiss Plaintiffs' Complaint.

                                                     Respectfully submitted,

                                                     KELLY PURCARO