UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: May 19, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kori DiMattia

**TITLE OF CASE:**                    **DOCKET #:** 1:25-cv-12137 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
AGR MARKETING SOLUTIONS, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

In Person Status Conference held on the record.

Time Commenced: 10:00 a.m.
Time Adjourned:    10:42 a.m.
Total Time: 1 Minutes

s/ Ivannya Fitzgerald
**DEPUTY CLERK**