IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| WE INFORM, LLC, et al. | : | NO. 24-4037 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| INFOMATICS, LLC, et al. | : | NO. 24-4041 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THE PEOPLE SEARCHERS, LLC, et al. | : | NO. 24-4045 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DM GROUP, INC., et al. | : | NO. 24-4075 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DELUXE CORP., et al. | : | NO. 24-4080 |

-2-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELVEPOINT, LLC, et al. | : | NO. 24-4096 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| QUANTARIUM ALLIANCE, LLC, et al. | : | NO. 24-4098 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| YARDI SYSTEMS, INC., et al. | : | NO. 24-4103 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIGITAL SAFETY PRODUCTS, LLC | : | NO. 24-4141 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CIVIL DATA RESEARCH, LLC, et al. | : | NO. 24-4143 |

-3-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCALABLE COMMERCE, LLC, et al. | : | NO. 24-4160 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LABELS & LISTS, INC., et al. | : | NO. 24-4174 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INNOVIS DATA SOLUTIONS, INC., et al. | : | NO. 24-4176 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACCURATE APPEND, INC., et al. | : | NO. 24-4178 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ZILLOW, INC., et al. | : | NO. 24-4256 |

ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                              :
       v.                     :
                              :
EQUIMINE, INC., et al.        :          NO. 24-4261

---

ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                              :
       v.                     :
                              :
THOMSON REUTERS CORP., et al.  :          NO. 24-4269

---

ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                              :
       v.                     :
                              :
MELISSA DATA CORP., et al.     :          NO. 24-4292

---

ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                              :
       v.                     :
                              :
RESTORATION OF AMERICA, et     :          NO. 24-4324
al.                           :

---

ATLAS DATA PRIVACY              :          CIVIL ACTION
CORPORATION, et al.            :
                              :
       v.                     :
                              :
i360, LLC, et al.             :          NO. 24-4345

-4-

-5-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SYNAPTIX TECHNOLOGY, LLC, et al. | : | NO. 24-4385 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : | NO. 24-4389 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| E-MERGES.COM, INC. | : | NO. 24-4434 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NUWBER, INC., et al. | : | NO. 24-4609 |

-6-

ATLAS DATA PRIVACY                  :               CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
ROCKETREACH LLC, et al.             :               NO. 24-4664

---

ATLAS DATA PRIVACY                  :               CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
PROPERTYRADAR, INC., et al.         :               NO. 24-5600

---

ATLAS DATA PRIVACY                  :               CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
THE ALESCO GROUP, L.L.C.,           :               NO. 24-5656
et al.                              :

---

ATLAS DATA PRIVACY                  :               CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
SEARCHBUG, INC., et al.             :               NO. 24-5658

---

ATLAS DATA PRIVACY                  :               CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
AMERILIST, INC., et al.             :               NO. 24-5775

-6-

ATLAS DATA PRIVACY               :          CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
US DATA CORP., et al.            :          NO. 24-7324

---

ATLAS DATA PRIVACY               :          CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
SMARTY, LLC, et al.              :          NO. 24-8075

---

ATLAS DATA PRIVACY               :          CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
COMPACT INFORMATION SYSTEMS,     :          NO. 24-8451
LLC, et al.                      :

---

ATLAS DATA PRIVACY               :          CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
DARKOWL, LLC, et al.             :          NO. 24-10600

---

ATLAS DATA PRIVACY               :          CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :
SPY DIALER, INC., et al.         :          NO. 24-11023

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INNOVATIVE WEB SOLUTIONS, LLC, et al. | : | NO. 25-1535 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PUBLICNSA, LLC, et al. | : | NO. 25-5989 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| REDX LLC, et al. | : | NO. 25-6863 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FREEDOMSOFT303, LLC, et al. | : | NO. 25-9224 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STERLING DATA COMPANY LLC, et al. | : | NO. 25-9963 |

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
AGR MARKETING SOLUTIONS, LLC,   :        NO. 25-12137
et al.                          :
```

<u>ORDER</u>

AND NOW, this 30th day of July 2026, it is hereby ORDERED that:

(1)  the motion of the defendants for reconsideration of the Court's June 30, 2026 Order is GRANTED; and

(2)  the Court's June 30, 2026 Order is VACATED.

BY THE COURT:

/s/  Harvey Bartle III
                                                J.