**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>AGR MARKETING SOLUTIONS, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:25-cv-12137-HB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Rajiv D. Parikh, Esq., of PEM Law LLP, attorneys for Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons,* Patrick Colligan and Peter Andreyev (collectively, "Plaintiffs") hereby enters this Notice of Appearance in the above-captioned matter on behalf of Plaintiffs.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

*/s/Rajiv D. Parikh*
RAJIV D. PARIKH

Dated: November 9, 2026